KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVSBN 0722)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7168

Attorneys for Plaintiff

**FILED**

FEB - 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SANTOS RUEBEN ARTEGA-RUBI,<br><br>  Defendant. | No. CR 05-00149 MHP<br><br>GOVERNMENT'S MOTION TO DISMISS AND (~~PROPOSED~~) ORDER |

The United States Attorney's Office for the Northern District of California moves to dismiss the charges against Santos Rueben Artega-Rubi in the above entitled indictment now pending before this Court pursuant to Federal Rule of Criminal Procedure 48 (a).

DATED: February 6, 2003

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

*/s/ C. David Hall*
C. DAVID HALL
Assistant United States Attorney

(PROPOSED) ORDER

MOTION TO DISMISS
[CR 05-00149] [MHP]

1 | Upon the motion of the United States, the proceedings in the above entitled matter is
2 | dismissed as to the defendant Santos Rueben Artega-Rubi.
3 | Dated: 2/6/06

_____
HON. MARILYN HALL PATEL
United States District Court Judge

MOTION TO DISMISS
[CR 05-00149] [MHP]